ACCEPTED
14-15-00322-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:22:00 PM
CHRISTOPHER A. PRINE
CLERK

Filed: 4/2/2015 10:57:25 AM
Liz Pirkle, District Clerk
Waller County, Texas
By: Janie Derrick, Deputy

CAUSE NO. 13-03-21872

| | | |
|---|---|---|
| CITY OF HEMPSTEAD, TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| **Plaintiff,** | § | |
| and | § | |
| | § | |
| CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD | § | WALLER COUNTY, TEXAS |
| | § | |
| v. | § | |
| WALLER COUNTY, TEXAS, et al., | § | |
| | § | |
| **Defendants.** | § | 506th JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:22:00 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Glenn Beckendorff, in his official capacity as Waller County Judge (Appellant), desires to appeal and hereby files this notice with the Court of Civil Appeals for the First or Fourteenth Judicial District of Texas, sitting at Houston, Texas from the Agreed Final Judgment signed in the above Cause on February 20, 2015, and Appellant desires to appeal from each and every part of said Agreed Final Judgment.

Dated:  April 2, 2015

Respectfully submitted,

By: ___/s/ David A. Carp___
    David A. Carp
    TBN: 03836500
    Herzog & Carp
    427 Mason Park Boulevard
    Katy, Texas 77450
    713.781.7500   Phone
    713.781.4797   Fax
    dcarp@hcmlegal.com
    **Attorneys for Appellant**

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015 a true and correct copy of the foregoing Notice of Appeal was delivered via e-service to the following:

James P. Allison
J. Eric Magee
Allison, Bass & Magee, LLP
A. O. Watson House
402 W. 12th Street
Austin, Texas 78701
**Attorneys for Waller County, Texas and**
**Waller County Commissioners Court**


Arthur L. Pertile III
Kelly Dempsey
Corey R. Ouslander
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
**Attorneys for City of Hempstead**


Terry L. Scarborough
Michael L. Woodward
V. Blayre Pena
Hance Scarborough, LLP
400 W 15th #950
Austin, Texas 78701

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445

**Attorneys for Citizens Against the Landfill**
**in Hempstead**

2

Brent W. Ryan
McElroy, Sullivan & Miller, LLP
P.O. Box 12127
Austin, Texas 78711

**Attorneys for Pintail Landfill, LLC**

                              /s/   David A. Carp
                              David A. Carp